# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159054-5(79)

PAMELA L. TREES,
      Plaintiff-Appellant,

v

PFIZER, INC., PFIZER INTERNATIONAL,
LLC, GREENSTONE, LLC, formerly known as
GREENSTONE LIMITED, and MEIJER INC.,
      Defendants-Appellees.

_____

SC: 159054
COA: 338297
Macomb CC: 2015-003623-NP

CAROL BEARUP, BARBARA BEECHAM,
SONYA MENCY, VIOLA MOSES, and
HEATHER MACKS,
      Plaintiffs-Appellants,

v

PFIZER, INC., PFIZER INTERNATIONAL,
LLC, GREENSTONE, LLC, formerly known as
GREENSTONE LIMITED, MEIJER, INC.,
and CVS CAREMARK,
      Defendants-Appellees,
and

WAL-MART STORES, INC. doing business as
SAM'S CLUB also known as SAM'S EAST, INC.,
and DOES 1-50,
      Defendants.

_____/

SC: 159055
COA: 340191
Wayne CC: 15-013604-NP

      On order of the Chief Justice, the motion of defendant-appellee CVS Caremark to extend the time for filing its answer to the application for leave to appeal in No. 159055 is GRANTED. The answer submitted on April 11, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 17, 2019



Clerk